UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLY EUGENE BITNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1459** |
| **C. WEBER ET AL.** | **SECTION "J" (4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves and adopts in part the Report and Recommendation of the United States Magistrate Judge. It being obvious to the Court from the Report and Recommendation that there are genuine disputes as to the material facts, the Court approves and adopts the conclusion of the Report and Recommendation denying Plaintiff's *Motion for Summary Judgment*. **(Rec. Doc. 15)** However, the Court does not dismiss Plaintiff's complaint as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. § 1915(e) or § 1915A. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 15)** is **DENIED**.

New Orleans, Louisiana, this 18th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE