UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLY EUGENE BITNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1459** |
| **SHERIFF C. WEBER, MAJOR BRINKLY, CAPT. ZERINGUE, LT. LECLAIR, SGT. NAQUIN, LAFOURCHE PARISH SHERIFF DEPT.** | **SECTION "J"(4)** |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kelly Eugene Bitner's complaint pursuant to 42 U.S.C. § 1983 against the defendants, Sheriff C. Weber, Major Brinkly, Captain Zeringue, Lieutenant Leclair, Sergeant Naquin, and the Lafourche Parish Sheriff's Department, is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

New Orleans, Louisiana, this 4th day of August, 2015.

_____
**UNITED STATES DISTRICT JUDGE**